UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | 24- | 5:24-mj-138 |
| Plaintiff, | | |
| v. | | AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| COREY PAUL SIMON, | | |
| Defendant. | | |

## INTRODUCTION AND AGENT BACKGROUND

I, Robert A. Espinosa, Special Agent (SA) with Homeland Security Investigations, being duly sworn, state as follows:

1.    I am employed as a Special Agent with Homeland Security Investigations ('HSI") and assigned to RAC Rapid City. As a Special Agent, I am responsible for investigating child exploitation, human trafficking, narcotic trafficking and investigating violations of statues relating to immigration and customs enforcement. I have received specialized training computer forensics examination, mobile device examination, narcotic investigations, undercover tactical investigations, and Internet Crimes Against Children ('ICAC") undercover chat investigations.  I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, Unite States Code; that is, an officer of the United States who is empowered by law to conduct investigations and make arrests of offenses enumerated in Tile 18, 19, and 21 of the United States Code. I have been involved in the execution and planning of

arrests for over twenty-eight (28) years—fifteen (15) years of experience with HSI, and thirteen (13) years of experience before with the City of Miami Police Department as an Officer/Sergeant.

2.      During my law enforcement career, I have become familiar with the *modus operandi* of persons involved in attempted enticement of a minor using the internet in violation of federal law. Based on my experience and training, I am knowledgeable of the various means utilized by individuals who illegally attempt to meet with children in order to engage in criminal sex acts.

3.      The information set forth below is based upon my knowledge of an investigation conducted by the South Dakota Internet Crimes Against Children Taskforce (ICAC) and the investigation of other law enforcement agents and officers including, but not limited to, South Dakota Division of Criminal Investigation (DCI), Homeland Security Investigations (HSI), the Rapid City Police Department, and the Pennington County Sheriff's Office. I have not included every fact obtained pursuant to this investigation, but have set forth those facts that I believe are essential to establish the necessary probable cause for the criminal complaint. I have not omitted any material fact relevant to the consideration of probable cause for a criminal complaint against the above-named defendant.

4.      I know that 18 U.S.C. § 2422(b) makes it a crime for a person to use the internet or any other means, which affects interstate commerce, to attempt to knowingly persuade, induce, entice, and coerce a person who has not attained the age of 18 years to be caused to engage in a criminal sex act.

5.  Your affiant respectfully submits that there is probable cause to believe that Corey Paul Simon committed the crime of attempted enticement of a minor using the internet, in violation of 18 U.S.C. § 2422(b).

PROBABLE CAUSE

6.  Beginning on August 2, 2024, the South Dakota ICAC, DCI, along with HSI and other law enforcement agencies, set up an operation to target online predators during the 2024 Sturgis Bike Rally, in western South Dakota. As a part of the operation law enforcement agents put out multiple advertisements on online websites and mobile applications or "apps".

7.  In an effort to combat online predators throughout the year, agents are proactive with online accounts and undercover personas that are maintained by the agents. RCPD Detective Matthew Almeida has an undercover Facebook account that he uses to investigate cases involving online exploitation of minors. Detective Almeida keeps the account active throughout the year.

8.  Facebook user Corey Simon and the persona account became friends at an unknown date. The Facebook user "Corey Simon" was later identified as Corey Simon, a known adult.

9.  On 07/30/24, Corey sent the persona account the following message: "Fuck your extremely beautiful and very sexy to". The persona told Corey she was probably too young for him and stated she was 14 years old. Corey stated he was 37 years old. Corey asked the persona if she was okay with being, "Friends that fuck an hang our nothing more".Corey asked the person if she had been with anyone his age and if she liked sex.

10. Corey sent the following sexual messages to the persona:

- "I'm kind of horny right now"

- "Wanna see how big my dick is cutie"

- "Do u like your booty played with"

- "U think u can handle me"

- Corey sent an image of what is believed to be his penis.

- "Do u give head"

- "Come sit on my face baby"

- "U like having your pussy licked"

- "Is your pussy wet now"

- "U like how my dick look baby"

- "Wish I could feel how tight u are"

- "Will u struggle getting me all the way in u at first"

- "U wanna chill together when your not busy"

- "Do u like your booty played with cutie"

- "Do u have a cute little booty cutie"

- "U like getting fingered"

- "Or having your clit rubbed"

11. The conversation on 07/30/24 ended with Det. Almeida sending a message that they should talk more over the weekend.

12. On 08/02/24, Det. Almeida's persona sent Corey a message, but Corey only sent a few messages.

13.    On 08/07/24, Corey sent the persona messages. He sent the following sexual messages:

- "U actually down to come over later an get nasty with me cutie"

- "Let me feel how tight you're little pussy is"

- "Why cutie have u thought about getting fucked by me lately"

- "Are u going to sit on my face an suck my dick well I lick you pussy when we hang"

- "But your ready to get nasty together baby"

- "Because I really thing you're cute as fuck an such a sexy little woman to"

- "U really are sexy as fuck to me baby"

- "I can't wait to touch your sexy body all over"

- "Especially our cute little butt lol"

- "Mi bad baby I can't stop thinking about your sexy little ass"

- "So baby have u played with a dick my size"

- "U like how big dadd'y dick is baby"

- "Fuck baby I really want u right now lol"

- "Are u getting horny baby"

- "Is your pussy wet now baby"

- Corey sent and image of a penis believed to be his.

- "Best believe I'm baby I really want u to be playing with my big dick right now"

- "U wanna feel this big dick in u baby"

14. The law enforcement arrest team prepared to tell Corey where to meet the persona and got into position. DCI Agent Brian Freeouf conducted surveillance at Corey's house, on the east side of Rapid City. Corey sent messages to the persona, expressing his truck was not working and he needed to fix it before they could meet. Agent Freeouf drove past Corey's house and could see him working on the vehicle. Corey was unable to get his vehicle running. Corey was sending sexual messages to the persona while working on his vehicle.

15. It did not appear Corey was able to fix the vehicle, so the arrest team went back to the office.

16. Around 1719 hours, Corey sent the persona messages asking how long she was free. Corey sent, "Honestly baby I hope to be doing your sexy ass some time soon today". Corey stated he was going to borrow his father's truck and asked if they could meet.

17. The arrest team set back up and Detective Almeida told Corey to meet the persona at Canyon Lake Little League Baseball Fields (1600 block of 32nd Street, on the west side of Rapid City). Corey agreed, and stated he was driving that way.

18. Agent Freeouf watched Corey leave his residence. At around the same time, Corey messaged the persona, stating he was leaving.

19. Corey used a dark colored pickup truck, got onto Interstate 90, and drove across Rapid City, to the area of the baseball fields. Initially, he drove past

the parking lot. He turned around and entered the parking lot. Corey then drove to the back of the ball park parking lot, where the takedown was attempted.

20.    Corey fled the area in his vehicle, driving west through Rapid City in a reckless manner, endangering other drivers and committing multiple traffic offenses. Corey successfully got back onto Interstate 90 eastbound, and was apprehended by several South Dakota Highway Patrol Troopers.

21.    When Corey exited the truck, his Samsung cellular phone  was in his hand. The phone was seized by law enforcement agents. Corey was transported to the Pennington County Jail.

## CONCLUSION

22.    Your affiant submits that there is probable cause to believe that Corey Paul Simon committed a violation of 18 U.S.C. § 2422(b), Attempted Enticement of a Minor Using the Internet.

Wherefore, I request the issuance of a criminal complaint for the arrest of Corey Paul Simon.

Dated: 8/8/2024

_____
Special Agent Robert Espinosa
Homeland Security Investigations

SUBSCRIBED and SWORN to
_____ in my presence
_____ by reliable electronic means

this 8th day of August, 2024.

_____
DANETA WOLLMANN
U.S. MAGISTRATE JUDGE